UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David Jerome Clough, Jr.

         v.                      Civil No. 08-cv-114-JL

NH State Prison, Warden

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 12, 2008, no objection having been filed.

SO ORDERED.

August 12, 2008                  _____
                                        Joseph N. Laplante
                                        United States District Judge

cc:    David Jerome Clough, Jr., Pro se